1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4

5  TAREK HELOU (CABN 218225)
   Assistant United States Attorney
6
      450 Golden Gate Avenue, Box 36055
7     San Francisco, California 94102
      Telephone:   (415) 436-7071
8     Facsimile:   (415) 436-7234
      Tarek.J.Helou@usdoj.gov
9

10 Attorneys for the United States

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14
   UNITED STATES OF AMERICA,       )   CRIMINAL NO.- 0 7 - 7 0 6 2 4
15                                 )
         Plaintiff,                )
16                                 )   NOTICE OF PROCEEDINGS ON
         v.                        )   OUT-OF-DISTRICT CRIMINAL
17                                 )   CHARGES PURSUANT TO RULES
   JASMINE NICOLE BUTTS,           )   5(c)(2) AND (3) OF THE FEDERAL RULES
18                                 )   OF CRIMINAL PROCEDURE
         Defendant.                )
19                                 )
                                   )
20
         Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal
21
   Procedure that on __October 23, 2007__, the above-named defendant was arrested based upon an
22
   arrest warrant (copy attached) issued upon an
23
         XX Indictment
24
         ☐ Information
25
         ☐ Criminal Complaint
26
         ☐ Other (describe) _____
27
   pending in the __Eastern__ District of __California__, Case Number 07-CR-0449-MCE.
28

1  In that case, the defendant is charged with violations of Title 18 United States Code, Sections
2  _371, 1344(2) (5 counts), and 1028A(a)(1) (2 counts)_ .
3  Description of Charges: <u>Conspiracy to Commit Bank Fraud, Bank Fraud and Attempted Bank
4  Fraud, and Aggravated Identity Theft.</u>

Respectfully Submitted,

SCOTT N. SCHOOLS
UNITED STATES ATTORNEY

Date: 10/24/07

*(signature)*

TAREK HELOU
Assistant U.S. Attorney

2

```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KYLE REARDON
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2782
```

FILED
OCT - 4 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

2 07 - CR - 0449 HCE

UNITED STATES OF AMERICA,           )
                                    )
              Plaintiff,            )  CR. NO.
                                    )
       v.                           )  VIOLATIONS: 18 U.S.C. § 371 -
                                    )  Conspiracy; 18 U.S.C. § 1344(2)
JASMIN NICOLE BUTTS,                )  - Bank Fraud and Attempted Bank
JASMINE CHANEL CARMICHAEL,          )  Fraud (5 Counts); 18 U.S.C. §
EBONY CROMWELL,                     )  1028A(a)(1) - Aggravated
DARCELL EPPS, and                   )  Identity Theft (2 Counts)
TIFFANY CHARANADA PIPPINS,          )
                                    )
              Defendants.           )
                                    )
_____)

I N D I C T M E N T

COUNT ONE: [18 U.S.C. § 371 - Conspiracy]

   The Grand Jury charges:

                JASMIN NICOLE BUTTS,
             JASMINE CHANEL CARMICHAEL,
                  EBONY CROMWELL,
                DARCELL EPPS, and
             TIFFANY CHARANADA PIPPINS,

defendants herein, as follows:

///

1

## I. INTRODUCTION

1. At all times relevant herein, the Wells Fargo Bank was a financial institution, the accounts of which were insured by the Federal Deposit Insurance Corporation.

## II. THE CONSPIRACY

2. Beginning not later than May 29, 2007, and continuing until or about August 8, 2007, in the State and Eastern District of California and elsewhere, defendants JASMIN NICOLE BUTTS, JASMINE CHANEL CARMICHAEL, EBONY CROMWELL, DARCELL EPPS, and TIFFANY CHARANADA PIPPINS, did knowingly combine, conspire, confederate and agree with each other and with others known and unknown to the Grand Jury, to: (a) execute a scheme and artifice to obtain the monies and funds owned by and under the custody and control of a federally insured financial institution by means of material false and fraudulent pretenses and representations, in violation of Title 18, United States Code, Section 1344(2); and (b) possess and use, without lawful authority, a means of identification of another person, during and in relation to an act of bank fraud, in violation of Title 18, United States Code, Section 1028A(a)(1).

## III. MANNER AND MEANS

During and in furtherance of the conspiracy, defendants JASMIN NICOLE BUTTS, JASMINE CHANEL CARMICHAEL, EBONY CROMWELL, DARCELL EPPS, and TIFFANY CHARANADA PIPPINS, and others known and unknown to the Grand Jury, employed among others the following manner and means:

3. Defendants BUTTS, CARMICHAEL, CROMWELL, EPPS and PIPPINS, agreed to use and present for cash checks manufactured with stolen identification information and financial institution information, to obtain money and funds in the custody and control of Wells Fargo Bank.

4. An unknown co-conspirator of the defendants obtained

1  unauthorized access to names and other identification information and
2  financial institution information for select customers at Wells Fargo
3  Bank. With this access, the co-conspirator then changed the point of
4  contact phone numbers for such accounts in the databases of Wells Fargo
5  Bank, which numbers were used by Wells Fargo personnel to contact
6  account holders. One reason for contacting account holders was to
7  confirm the validity of personal checks written on the account in excess
8  of $1,000.00. The contact information was changed to telephone numbers
9  controlled by the defendants.
10     5. An unknown co-conspirator obtained stolen identification
11  information and financial institution information relating to select
12  customers of Wells Fargo Bank. Using that information, the co-
13  conspirator prepared checks with the stolen information and made them
14  payable to defendants CARMICHAEL, CROMWELL, EPPS, and PIPPINS.
15  Defendants CARMICHAEL, CROMWELL, EPPS, and PIPPINS were persons who
16  could cash checks at Wells Fargo Banks.
17     6. Defendant BUTTS and a co-conspirator known to the Grand Jury
18  drove CARMICHAEL, CROMWELL, EPPS, and PIPPINS to various Wells Fargo
19  locations in the Eastern District of California and elsewhere to cash
20  the checks that had been prepared using the stolen customer information.
21  The co-conspirator known to the Grand Jury provided the checks to
22  defendants CARMICHAEL, CROMWELL, EPPS, and PIPPINS. Defendants
23  CARMICHAEL, CROMWELL, EPPS, and PIPPINS presented the checks for cash at
24  the Wells Fargo locations.
25     7. Each check provided by the co-conspirator known to the Grand
26  Jury to defendants CARMICHAEL, CROMWELL, EPPS, or PIPPINS was in excess
27  of $1,000.00. In most cases, consistent with bank security measures,
28  Wells Fargo tellers made telephone calls to the phone numbers listed in

Wells Fargo Bank's database in order to verify that such checks were properly issued. An unknown co-conspirator receiving the call then authorized payment to defendants CARMICHAEL, CROMWELL, and PIPPINS.

8. Defendants CARMICHAEL, CROMWELL, and PIPPINS received the from Wells Fargo. They then left the bank and met with the co-conspirator known to the Grand Jury and defendant BUTTS, returning a majority of the money to the co-conspirator known to the Grand Jury and defendant BUTTS, and keeping some percentage for themselves.

### OVERT ACTS

In furtherance of the conspiracy and to effect the objects the following acts, among others, were committed by defendants JASMINE NICOLE BUTTS, JASMINE CHANEL CARMICHAEL, EBONY CROMWELL, DARCELL and TIFFANY CHARANADA PIPPINS, within the Eastern District of California and elsewhere:

9. On June 15, 2007, defendant CROMWELL entered a Wells Fargo Bank on Mount Diablo Road in Lafayette, California and cashed a check drawn on the account of Gavino V.A. and Juana O.V. in the amount of $5,138.

10. On July 10, 2007, defendant BUTTS and the co-conspirator to the Grand Jury drove defendant EPPS to a Wells Fargo Bank on Courthouse Drive in Union City, California.

11. On July 10, 2007, defendant EPPS entered a Wells Fargo Bank Courthouse Drive in Union City, California and attempted to cash a check drawn on the account of Leon and Germaine G. in the amount of $3,722.

12. On July 18, 2007, defendant BUTTS paid $79.00 in cash to a hotel room at the Silver Legacy Casino in Reno, Nevada.

13. On July 18, 2007, defendant CROMWELL entered a Wells Fargo Bank on Neil Road in Reno, Nevada and cashed a check drawn on the account of Peter A. in the amount of $7,427.00.

4

14. On July 28, 2007, defendant BUTTS and the co-conspirator known to the Grand Jury drove defendant CARMICHAEL to a Wells Fargo Bank on Galleria Boulevard in Roseville, California, in the State and Eastern District of California.

15. On July 28, 2007, defendant CARMICHAEL entered Wells Fargo Bank on Horseshoe Bar Road in Loomis, California, in the State and Eastern District of California, and cashed a check drawn on the account of Carmen and Richard B. in the amount of $2,135.00.

16. On or about August 8, 2007, the co-conspirator known to the Grand Jury delivered counterfeit checks with stolen identifications and information to defendant PIPPINS.

17. On August 8, 2007, defendant PIPPINS entered a Wells Fargo Bank on East Horizon Ridge Parkway in Henderson, Nevada and cashed a check drawn on the account of Gabriel and Daniel T. in the amount of $7,063.00.

All in violation of Title 18, United States Code, Section 371

COUNTS TWO THROUGH SIX: [18 U.S.C. § 1344(2) - Bank Fraud and Attempted Bank Fraud]

The Grand Jury further charges: T H A T

JASMIN NICOLE BUTTS, and
JASMINE CHANEL CARMICHAEL,

defendants herein, on or about the dates set forth below, in the State and Eastern District of California, did each knowingly execute and attempt to execute a scheme and artifice to obtain the monies and funds owned by and under the custody and control of a federally insured financial institution, to wit: Wells Fargo Bank, by means of material false and fraudulent pretenses and representations, to wit: by the use of forged checks, as set forth below. In executing the scheme to defraud, a person known to the Grand Jury obtained counterfeit checks

drawn on Wells Fargo Bank which had stolen names and account number information. The person known to the Grand Jury and defendant BUTTS then drove defendant CARMICHAEL to Wells Fargo Bank branches where defendant CARMICHAEL presented each such counterfeit check for cash as set forth below:

| Count | Date | Amount | Payee | Account Holder |
|---|---|---|---|---|
| 2 | May 29, 2007 | $2,780.05 | Jasmine Carmichael | Janice W. |
| 3 | July 28, 2007 | $5,829.00 | Jasmine Carmichael | C. Family Trust |
| 4 | July 28, 2007 | $4,832.00 | Jasmine Carmichael | Carmen and Richard B. |
| 5 | July 28, 2007 | $2,394.00 | Jasmine Carmichael | C. Family Trust |
| 6 | July 28, 2007 | $2,135.00 | Jasmine Carmichael | Carmen and Richard B. |

All in violation of Title 18, United States Code, Sections 1344(2) and 2.

COUNTS SEVEN AND EIGHT: [18 U.S.C. § 1028A(a)(1) – Aggravated Identity Theft]

  The Grand Jury further charges:  T H A T

    JASMIN NICOLE BUTTS, and
    JASMINE CHANEL CARMICHAEL,

defendants herein, on or about July 28, 2007, in the State and Eastern District of California, did each knowingly use, without lawful authority, a means of identification of another person, during and in relation to a felony violation of Federal law pursuant to Chapter 63, Title 18, United States Code, to wit: bank fraud, in violation of Title 18, United States Code, Sections 1344(2) and 2, as set forth below:

///
///

6

| Count | Date | Felony Offense | Means of Identification used |
|---|---|---|---|
| 7 | July 28, 2007 | Fraudulent payment of $4,832.00 to Jasmine Carmichael | Names of Carmen and Richard B. |
| 8 | July 28, 2007 | Fraudulent payment of $2,135.00 to Jasmine Carmichael | Names of Carmen and Richard B. |

All in violation of Title 18, United States Code, Section 1028A(a)(1) and 2.

A TRUE BILL.

/s/ Signature on file w/AUSA

_____
FOREPERSON

*[signature: mwf]*

McGREGOR W. SCOTT
United States Attorney

7

No. _ _ _ _ _ _ _ _ _ _

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
*vs.*

JASMIN NICOLE BUTTS,
JASMINE CHANEL CARMICHAEL,
EBONY CROMWELL,
DARCELL EPPS, and
TIFFANY CHARANDA PIPPINS

### INDICTMENT

VIOLATION(S): 18 U.S.C. § 371 - Conspiracy; 18 U.S.C. § 1344(2) - Bank Fraud and Attempted Bank Fraud (5 Counts); 18 U.S.C. § 1028A(a)(1) - Aggravated Identity Theft (2 Counts)

*A true bill,*

/S/

2:07-CR-0449 MCE

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
*Foreman.*

*Filed in open court this* _ _ _ _ _ _ _ _ _ _ _ _ _ _ *day*

*of* _ _ _ _ _ _ _ _ _ _ _ _ _ _ , *A.D. 2007*

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
*Clerk.*

Bail, $ 0 pending hearing as to Butts + Carmichael, [illegible]

GPO 863 525

## PENALTY SLIP

DEFENDANTS: **JASMIN NICOLE BUTTS**
**JASMINE CHANEL CARMICHAEL**   2:07 - CR - 0449 MCE

COUNT 1: 18 U.S.C. § 371- Conspiracy

PENALTY: Not more than 5 years imprisonment,
Not more than $250,000,
Term of 3 years supervised release.

COUNTS 2- 6: 18 U.S.C. 1344 (2) - Bank Fraud and Attempted Bank Fraud

PENALTY: Not more than 30 years imprisonment,
Not more than $1,000,000,
Not more than 5 years supervised release

COUNTS 7 and 8: 18 U.S.C. § 1028A(a)(1) - Aggravated Identity Theft

PENALTY: Not more than 2 years imprisonment consecutive,
Not more than $250,000,
Term of 1 year supervised release

ASSESSMENT: $100 each count.

## PENALTY SLIP

DEFENDANT: **EBONY CROMWELL**
**DARCELL EPPS**
**TIFFANY CHARANADA PIPPINS**

2:07 - CR - 0449

COUNT 1: 18 U.S.C. § 371 - Conspiracy

PENALTY: Not more than 5 years imprisonment,
Not more than $250,000
Term of 3 years supervised release.

ASSESSMENT: $100 each count.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

1394115

USA,

v.

JASMIN NICOLE BUTTS,

**WARRANT FOR ARREST**

Case Number: 2:07-CR-00449-MCE

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   Jasmin Nicole Butts,

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment    ☐ Information    ☐ Violation Petition    ☐ Other _____

charging him or her with (brief description of offense)

Conspiracy

in violation of Title  18   United States Code, Section(s)  371

| | |
|---|---|
| D. Duong | Deputy Clerk |
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ D. Duong | 10/4/07           Sacramento |
| Signature of Issuing Officer | Date and Location |

Bail fixed at   $No Bail        by   **Judge Kimberly J. Mueller**

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant

| Date Received | Name and Title of Arresting Officer | |
|---|---|---|
| Date of Arrest | Signature of Arresting Officer | |

10/24/2007 08:22  9165542899                                    OCT 24 2007 08:32 FR
PAGE 02/14                                                      TO 9165542899                   P.01/09