AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
## Northern District of California

| UNITED STATES OF AMERICA<br>V.<br>Jasmin Nicole Butts | COMMITMENT TO ANOTHER DISTRICT<br>(DEFENDANT OUT OF CUSTODY) |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| Northern District of CA | Eastern District of California | 3-07-70624 EMC | 07-CR-0449-MCE |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

  x Indictment  ☐ Information  ☐ Complaint  ☐ Other (specify)

charging a violation of  18  U.S.C. § 371, 1344(2), and 1028A(a)(1)

**DISTRICT OF OFFENSE**
Eastern District of California

**DESCRIPTION OF CHARGES:**

Conspiracy to commit bank fraud, bank fraud and attempted bank fraud, and aggravated identify theft.

FILED OCT 29 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

**CURRENT BOND STATUS:**

  ☐ Bail fixed at    and defendant is released on bond
  ☐ Government moved for detention and defendant detained after hearing in District of Arrest
  ☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
  x Other (specify)  Defendant released on $75,000 unsecured bond
  Bond shall be transferred to the District of Offense

| Representation: | Retained Own Counsel | x Federal Defender | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|
| Interpreter Required? | x No | ☐ Yes | Language: | |

Defendant waived Rule 5 hearing and is ordered to appear on 11/7/07 at 2:00 p.m. before Judge Dale Drozd in the Eastern District Court of California, 501 I Street, Sacramento, CA for arraignment.

10/29/07
Date                            United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

cc: EMC/Pretrial/Finance/AUSA/Defense Attorney/U.S. Marshal (4 cert. Copies)

**COPIES MAILED TO PARTIES OF RECORD**