**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
• Clerk

General Court Number
415.522.2000

November 1, 2007

**FILED**

**NOV 5 - 2007**

RICHARD W. WIEKING
CLERK, U.S. DIST. COURT
NORTHERN DISTRICT OF CALIFORNIA

Office of the Clerk
U.S. District Court
501 "I" Street
Sacramento CA 95814

Case Name:        US-v-Jasmin Nicole Butts
Case Number:      3-07-70624 EMC
Charges:          18:371,1344,1028(a)(1)(2) Conspiracy to commit bank fraud,etc.

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge  Chen.  The following action has been taken:

(X)    The U.S. Marshal has been ordered to remove this defendant
       to your district forthwith.
(X)    The defendant has a court appearance in your court on:11/7/07 2:00
before Judge Drozd
Enclosed are the following documents:
                    original Rule 40 affidavit
                    original minute orders
        certified copy of *AO 94, Commitment to Another District*

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: Lori Murray
Case Systems Administrator

Enclosures
cc: Financial Office

-------------------------------------------------------------------------------------------------
Receipt of the above-described documents is acknowledged herewith and assigned case number:

_07-cr-449 MCE_.

Date: 11-2-07

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk